**Entered on Docket
April 25, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

**ROBERT J. HOPP & ASSOCIATES, LLC**
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Fax: 303-531-2154
nvbk@hopplawfirm.com
Attorneys for The Bank of New York Mellon f/k/a the Bank of New York as successor to JPMorgan Chase Bank, N.A., as Trustee for the benefit of the Certificateholders of Popular ABC, Inc. Mortgage Pass-Through Certificates Series 2005-5

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA - RENO**

| In re: | CASE NO. 10-50861-gwz |
|---|---|
| Peter Roy Shaw and Therese Maria Shaw, | Chapter 7<br>Hearing Date: April 19, 2011<br>Hearing Time: 10:00AM |
| Debtor. | Location: 300 Booth St Rm 2129, Reno, Nevada, 89509 |

### ORDER TERMINATING THE AUTOMATIC STAY

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that relief from stay is granted with respect to the interests of Movant for the following property: 1292 Franklin

///

*Page 1 of 3
11-01488NV/NV-B129-Rev2
MFR Order*

Lane, Gardnerville, Nevada 89460 (the "Property").

Submitted by:

**ROBERT J. HOPP & ASSOCIATES, LLC**

\_\_\_/s/ Ines Olevic-Saleh_____
Ines Olevic-Saleh, Nevada Reg. No. 11431
515 South 3rd Street
Las Vegas, NV 89101
Phone: 702-722-6271
Attorneys for Movant

ALTERNATIVE METHOD RE: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_    The court has waived the requirements set forth in LR 9021(b)(1).

\_x\_\_    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

\_\_\_\_    I certify that this is a Chapter 7 or 13 case, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel/or Unrepresented Debtor:
\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_ waived the right to review the order and/or\_\_\_\_\_ failed to respond to the document

\_\_\_ appeared at the hearing, waived the right to review the order

\_x\_ matter unopposed, did not appear at the hearing, waived the right to review the order


Other Party:_____
\_\_\_ approved the form of this order            \_\_\_\_\_ disapproved the form of this order

\_\_\_ waived the right to review the order and/or\_\_\_\_\_ failed to respond to the document

\_\_\_ appeared at the hearing, waived the right to review the order

\_x\_ matter unopposed, did not appear at the hearing, waived the right to review the order

###